IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN ROY SMITH,<br><br>            Plaintiff,<br><br>     v.<br><br>SALT LAKE COUNTY METRO JAIL,<br><br>            Defendant. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-757 TS<br><br>District Judge Ted Stewart |

Plaintiff, inmate Steven Roy Smith, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the Amended Complaint under § 1915(e), in an Order dated February 22, 2013, the Court determined Plaintiff's Amended Complaint was deficient.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  The Court has not since heard from Plaintiff.

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED**.

DATED this 30th day of April, 2013.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court